# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130464

REMA VILLAGE MOBILE HOME PARK,
　　　　Petitioner-Appellee,

v

ONTWA TOWNSHIP,
　　　　Respondent-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130464
COA: 256295
MTT: 00-273828

On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

_____
Clerk

l0619